Ana P. Hallmon, Esq. (SBN 253309)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: ahallmon@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOOTHILL SWEEPING, a California Corporation; and CASEY J. SWINEY, an Individual,<br><br>Defendants. | Case No. 3:20-cv-04604-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating Engineers' Health And Welfare Trust Fund for Northern California, et al. voluntarily dismiss, without prejudice, their claim against Defendant Foothill Sweeping, a California Corporation; and Defendant Casey E. Swiney, an individual (collectively "Defendants"). Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Dated:  February 25, 2021                SALTZMAN & JOHNSON
                                                              LAW CORPORATION

                                                   By: _____/S/_____
                                                          Ana P. Hallmon
                                                          Attorneys for Plaintiffs, Operating Engineers'
                                                          Health And Welfare Trust Fund, et al.

1